UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES CLEMENT RUSSELL,<br><br>               Plaintiff,<br><br>  vs.<br><br>JUDGE KELLEY OLWELL and OFFICER BENSON,<br><br>               Defendants. | NO.  CV-07-3088-LRS<br><br>ORDER DISMISSING PLAINTIFF'S ACTION |

On October 5, 2007, plaintiff James Clement Russell filed a *pro se* Complaint with this Court against Judge Olwell and Officer Benson. (Ct. Rec. 1).  Under 28 U.S.C. §1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency.  On November 5, 2007, the Court conducted the required screening and determined plaintiff's Complaint failed to comply with Federal Rule of Civil Procedure 8(a).  (Ct. Rec. 5).  The Court afforded plaintiff an opportunity to file an Amended Complaint that complies with Rule 8(a). Id.  On December 4, 2007, plaintiff filed an Amended Complaint.  (Ct. Rec. 6).  Thereafter, the Court screened the Amended Complaint for legal and factual sufficiency as it had done with the original Complaint.  Plaintiff's Amended Complaint does not correct the deficiencies of his initial pleading.  More specifically, the Amended

ORDER - 1

Complaint does not state grounds upon which the Court's jurisdiction is based, explain why plaintiff is entitled to relief, or make a demand for relief. Id. Because plaintiff has failed to file an amended complaint in compliance with Rule 8(a), the Court hereby dismisses plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment accordingly, provide a copy to plaintiff, and **CLOSE THIS FILE**.

**DATED** this ____26th____ day of December, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2