AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

James Clement Russell

　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

Judge Kelley Olwell and
Officer Benson　　　　　　　　　　　　　　CASE NUMBER: CV-07-3088-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's Amended Complaint does not correct the deficiencies of his initial pleading. Plaintiff's action is DISMISSED Without Prejudice.

12/26/07　　　　　　　　　　　　　　　　　JAMES R. LARSEN
*Date*　　　　　　　　　　　　　　　　　　　　*Clerk*
　　　　　　　　　　　　　　　　　　　　　　　s/ Vikki Johnson
　　　　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　　　　Vikki Johnson